Submitted October 2, on appellant's petition for review from the order of dismissal of the Court of Appeals dated August 26, 1991,* petition for review allowed, order of Court of Appeals dismissing petition for judicial review vacated, case remanded to Board of Parole for further proceedings June 18, 1992

ROBERT DEAN WELCH, JR.,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE,
*Respondent on Review.*

(CA A66201; SC S38450)

833 P2d 1277

Lawrence J. Hall, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The order of the Court of Appeals dismissing the petition for judicial review is vacated. The case is remanded to the Board of Parole for further proceedings. *Jenkins v. Board of Parole*, 313 Or 234, 833 P2d 1268 (1992).

---

* Judicial review from the Board of Parole.